Opinion. — The judgment appealed from does not dispose of S.H. Henderson and Smith Coffey, both of whom are parties to the suit, and hence there is no final judgment, and this court has no jurisdiction to entertain the appeal. Martin v. Crow, 28 Tex. 614
[28 Tex. 614]; Simpson v. Bennett, 42 Tex. 241
[42 Tex. 241]; Linn v. Arambould, 55 Tex. 611
[55 Tex. 611], Mignon v. Brinson, 74 Tex. 18; Mills v. Paul, 1 Texas Civ. App. 415[1 Tex. Civ. App. 415]; 23 S.W. Rep., 394.
Appeal dismissed. *Page 63